UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN HAARSMA,

        Plaintiff,

v.

THE REGIONAL ADJUSTMENT
BUREAU, INCORPORATED,

        Defendant.
_____/

Case No. 1:13-cv-1127-PLM

HON. PAUL L. MALONEY

## **JUDGMENT**

In accordance with Defendant's Offer of Judgment and Plaintiff's Acceptance thereof (docket #15) thereof, Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $4,000.00.

Date: December 10, 2013

/s/ Paul L. Maloney
PAUL L. MALONEY
UNITED STATES DISTRICT JUDGE